RENO ALDABBAGH
Nevada State Bar No. 14817
WOOLDRIDGE LAW, LTD.
300 S 4th Street, Ste 950
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
reno@wooldridgelawlv.com
Attorney for Daniel Roy Saringo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:25-cr-00349-JAD-DJA |
| Plaintiff, | : | |
| v. | : | **FIRST STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| DANIEL ROY SARINGO, | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), Reno AlDabbagh, Esq., and Nicholas Wooldridge Esq. of Wooldridge Law Ltd., attorneys for Defendant Daniel Roy Saringo ("the Defendant") (collectively, "the Parties"), that Defendant's pretrial release conditions be modified to allow him to attend a family wedding on December 21, 2025 under the following conditions:

1. The Defendant requests he be permitted to attend his brother's, Noah Saringo's, wedding ceremony and reception on December 21, 2025, from 10am to 7pm.

2. The wedding will take place in Las Vegas, Nevada.

3. The Defendant agrees to refrain from use of any unmonitored digital devices.

4. The Defendant's pre-trial officer has agreed to allow him to attend this event pending Court approval.

5. Provided the Defendant's recent self-surrender, and compliance with prior state release conditions, the Government defers to the Court and Pre-trial regarding this request.

This is the First Stipulation to Modify Pretrial Release Conditions filed herein.

DATED: December 16, 2025

| WOOLDRIDGE LAW, LTD. | AFROZA YEASMIN<br>United States Attorney |
|---|---|
| By /s/ Reno AlDabbagh<br>RENO ALDABBAGH | By /s/ Afroza Yeasmin<br>AFROZA YEASMIN<br>Assistant United States Attorney |
| By /s/ Nicholas Wooldridge<br>NICHOLAS WOOLDRIDGE<br>Attorneys for Defendant | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:25-cr-00349-JAD-DJA |
| Plaintiff, | : | |
| v. | : | |
| DANIEL ROY SARINGO, | : | **ORDER** |
| Defendant. | : | |

Based on the Stipulation of the Parties,

IT IS HEREBY ORDERED that the Defendant be permitted to attend his brother's wedding on December 21, 2025 in line with the provisions outlined in the Stipulation.

_____
UNITES STATES MAGISTRATE JUDGE
DATED: December 17, 2025