**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL ROY SARINGO,<br>Defendant. | 2:25-CR-349-JAD-DJA<br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Daniel Roy Saringo to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Daniel Roy Saringo pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 23; Preliminary Order of Forfeiture, ECF No. 24.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 27, 2026, through July 26, 2026, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 26-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 25.

On July 17, 2026, the United States Attorney's Office served and attempted to serve Jayson Dunbar at Batelli Ct by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing is listed on the USPS tracking website as unclaimed/being returned to sender. The regular mailing was returned as "Attempted-Not Known and Unable to Forward". Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 7-14, 16-19.

On July 17, 2026, the United States Attorney's Office served Kristian Dunbar at Silverado Ranch Blvd by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 7-14, 20-21.

On July 17, 2026, the United States Attorney's Office served Jayson Dunbar at Giles St by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 7-14, 22-23.

On July 17, 2026, the United States Attorney's Office served Kristian Dunbar at Riverlands Ranch Street by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 7-14, 24-25.

On July 17, 2026, the United States Attorney's Office served and attempted to serve Noah Saringo at Desert Palm Dr by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as "Unclaimed Unable to Forward". The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 7-14, 26-28.

On July 17, 2026, the United States Attorney's Office served Donna Dunbar at Riverlands Ranch Street by regular and certified return receipt mail with the Preliminary

/ / /

Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 7-14, 29-30.

On July 17, 2026, the United States Attorney's Office served Noah Saringo at Riverlands Ranch Street by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 4, 7-14, 31-32.

On July 17, 2026, the United States Attorney's Office served Jayson Dunbar at Riverlands Ranch Street by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 4, 7-14, 33-34.

On July 17, 2026, the United States Attorney's Office served Jay Dunbar at Riverlands Ranch Street by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 4, 7-14, 35-36.

On July 17, 2026, the United States Attorney's Office served and attempted to serve Jay Dunbar at Desert Palm Dr by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as "Unclaimed Unable to Forward". The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 4, 7-14, 37-39.

On July 17, 2026, the United States Attorney's Office attempted to serve Jayson Dunbar at 33rd Ave by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing is unknown as USPS has stated the mail as insufficient address since July 21, 2026. The regular mailing was returned as Insufficient Address and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 4, 7-14, 40-43.

On July 17, 2026, the United States Attorney's Office served and attempted to serve Donna Dunbar at Desert Palm Dr by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as

"Unclaimed Unable to Forward". The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 4, 7-14, 44-46.

On July 17, 2026, the United States Attorney's Office served and attempted to serve Jayson Dunbar at Sahara Ave by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned "Unclaimed Unable to Forward". The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 4, 7-14, 47-49.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. One (1) Gold Apple iPhone 16 Pro Max 256GB, Serial No. FRVVR76NJ3, IMEI No. 1 – 355300186914649, IMEI No. 2 – 355300186930116;
2. One (1) Black Apple iPhone 16 Pro Max 512GB, Serial No. KWK2RV41PX, IMEI No. 1 – 357100778273430, IMEI No. 2 – 357100774293101;
3. One (1) Silver Samsung S20 5G Cell Phone 128GB, Serial No. RFCN90F6LAW, IMEI No. 1- 352620112661847, IMEI No. 2 – 352621112661845; and
4. One (1) Lenovo Laptop Computer, Serial No. R90YL1MB, with a Samsung 512GB M.2 SATA SSD Card, Serial No. S4DYNF1N393464

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all

/ / /

rights, titles, and interests in the property are extinguished and are not recognized for Daniel Roy Saringo, Jayson Dunbar, Kristian Dunbar, Donna Dunbar, Noah Saringo, Jay Dunbar, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED October 21, 2026.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE